**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

UNITED STATES OF AMERICA,                )
                                         )    Case No:  3:26-cv-02188-MGL
            Plaintiff,                   )
                                         )
      vs.                                )
                                         )
ACADIAN STEEL, INC.,                     )
                                         )
            Defendant.                   )
_____ ,      )

## COMPLAINT

NOW COMES Plaintiff, the United States of America, by and through undersigned counsel, hereby sets forth its Complaint against the Defendant, Acadian Steel, Inc., and states as follows:

### I.  JURISDICTION AND VENUE

1.  This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.  Venue is proper in this Court.

2.  The United States, brings this action for the U.S. Department of Labor, Occupational Safety and Health Administration  (hereinafter "DOL/OSHA") in accordance with the Debt Collections Improvement Act of 1996 (DCIA) (31 U.S.C. § 3701 *et seq.*).

3.  Following an inspection of Defendant Acadian Steel Inc's operations, the Department of Labor determined that Defendant violated the Occupational Safety and Health Act of 1970, codified in 29 CFR 1926, *et seq.*  The due and owing debt resulting from these violations was referred to the United States Department of Justice via the United States Department of Treasury for enforced collection.

4. Defendant, Acadian Steel, Inc., is an active South Carolina incorporated company located in Lexington County, South Carolina within the jurisdiction of this Court and may be served with process through its statutory agent Monica D. Griffin at 2928 Aintree Drive, Columbia, South Carolina 29223.

## II. COUNT ONE – ACTION FOR ENFORCEMENT OF CIVIL PENALTY

5. Paragraphs 1-3 of the Complaint are hereby realleged as if fully rewritten herein.

6. DOL/OSHA issued a Citation and Notification of Penalty following its investigation of Defendant's operations.  Citations were issued for a total of $12,504.00 with an annual interest rate of 2.00% and an annual penalty rate of 6.00% for:

   a.  Citation 1, Item 1 in the amount of $4,168.00.  Pursuant to 29 CFR 1926.753(c)(5), safety latches on hooks were deactivated or made inoperable. a) Worksite, 700 Garden City Plaza, Garden City NY- Employees on site were using a Crosby Eye Hook to hoist metal panels. The hook was missing the safety latch; on or about 11/1/18;

   b.  Citation 1, Item 2 in the amount of $4,168.00.  Pursuant to 29 CFR 1926.1413 (a)(2)(i)(A), the employer did not inspect wires to look for significant distortion of the wire rope structure such as kinking, crushing, unstranding, birdcaging, signs of core failure or steel core protrusion between the outer strands. a) Worksite, 700 Garden City Plaza, Garden City NY- Wire rope used to lift metal wall panels was not inspected prior to use; on or about 11/1/18;

c.  Citation 1, Item 3 in the amount of $4,168.00.  Pursuant to 29 CFR 1926.1428(a), the Employer did not train employees, or ensure employees were trained, to properly direct the crane operator while placing materials.

A true and accurate copy of the Citation and Notification of Penalty is attached herein as **Exhibit A**.

7.  On or about April 25, 2019, the DOL/OSHA sent an Invoice/Debt Collection Notice advising the Defendant that balance of $12,504.00 was due in full. Attached herein as **Exhibit B**.

8.  On or about March 5, 2020, Defendant entered into a Stipulated Settlement Agreement with an amended proposed penalty of $8,752.00. This reduced Citation 1, Item 1 to $2,918.00, Citation 1, Item 2 and Item 3 to $2,917.00.  Defendant was to pay the amount in full to DOL/OSHA on or before March 15, 2020.  Attached herein as **Exhibit C**.

9.  Defendant failed to submit payment of the penalties subject to the Citation.  On or around June 7, 2020 the debt became delinquent and on April 17, 2021 DOL/OSHA referred the debt to Treasury's Bureau of the Fiscal Service.

10. On May 9, 2022 Treasury's Bureau of the Fiscal Service referred the debt to the United States Department of Justice for litigation and collection in the amount of $8,752.00 with a daily interest of $0.48 and a daily penalty of $1.44.

11. Statutory interest, penalties, and costs have been assessed and applied to the principal balance due in accordance with 31 U.S.C. §3717.  *See 31 U.S.C. §3717*.  As of May 28, 2026, the Defendant is indebted to the United States in the amount of $16,823.48 which includes a principal amount of $8,752.00, interest at the rate of 2.00% of $1,055.79, penalties at the rate of 6.00% in the amount of $3,123.62, and administrative fees in the

amount of $3,892.07.  A true and accurate copy of the Certificate of Indebtedness is attached herein as **Exhibit D**.

## **Failure to Pay**

12. Demand has been made upon the defendant for payment of the indebtedness, and the Defendant has neglected and refused to pay the same.

WHEREFORE, the USA prays for judgment:

    A. For the sums set forth in paragraph 10 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 and that interest on the judgment be at the legal rate until paid in full; and

    B. For such other relief which the Court deems proper.

Date: June 3, 2026        Respectfully submitted,

By: /s/ Eric Hale, Esq.
    Eric Hale (Federal Bar #9404)
    On behalf of Schuerger Law Group
    1044 Wildwood Centre Drive
    Columbia, SC 29229
    (803) 726-3558 – Tel.
    Email: eric.hale@clarksonlawllc.com
    Copies to: efiling@schuergerlaw.com
    Attorney for Plaintiff United States of America